BEFORE THE SECOND DIVISION, APRIL 12, 1965

No. 69238.—The Rembar Co., Inc., et al. *v.* United States, protests 64/15729, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of integral, necessary components of electrical X-ray apparatus or instruments, which are not X-ray tubes or parts thereof, the claim of the plaintiffs was sustained.

No. 69239.—Max Mandel Laces, Inc. *v.* United States, protests 249454–K and 260526–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the items of merchandise are not wholly or in chief value of cotton, rayon, or silk and that they are wholly or in chief value of a synthetic fiber (nylon), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, APRIL 14, 1965

No. 69240.—Esso Export Corp. *v.* United States, protest 199145–K (Norfolk).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of crude petroleum, topped crude petroleum, or fuel oil derived from petroleum (including fuel oil known as gas oil) and that said merchandise and all the material facts with respect to the importation and assessment of tax thereon are similar in all material respects to those the subject of Abstract 67732, the claim of the plaintiff was sustained as to 30 percent of the quantity of merchandise covered by the entry involved herein.